1 **WO**                                                                                                           RP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mario Robles, | No. CV-04-2452-PHX-NVW (ECV) |
| Plaintiff, | |
| vs. | |
| Oswald Grenier, et al., | **ORDER FOR PAYMENT** |
| Defendants. | **OF INMATE FILING FEE** |

**TO: MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO.**

Plaintiff Mario Robles, Booking Number D085026, presently confined in the Maricopa County Towers Jail in Phoenix, Arizona (Towers Jail), has not been assessed an initial partial filing fee pursuant to 28 U.S.C. § 1915(b)(1). However, Plaintiff will be obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account.

The Maricopa County Sheriff is required to send to the Clerk of Court payments from Plaintiff's trust account each time the amount in the account exceeds ten dollars ($10.00), until the statutory filing fee of one hundred and fifty dollars ($150.00) is paid in full. 28 U.S.C. § 1915(b)(2).

**IT IS THEREFORE ORDERED:**

(1) That the Maricopa County Sheriff or his designee SHALL COLLECT the one

- 1 -

1 hundred and fifty dollar ($150.00) filing fee from Plaintiff's trust account by collecting
2 monthly payments in an amount equal to twenty percent (20%) of the preceding month's
3 income credited to Plaintiff's trust account and forwarding payments to the Clerk of Court
4 each time the amount in the account exceeds ten dollars ($10.00) in accordance with 28
5 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the name and number
6 assigned to this action;

7 (2) That the Clerk of Court is DIRECTED to serve by mail a copy of this Order on
8 Maricopa County Sheriff's Office Inmate Legal Services, 201 South Fourth Avenue,
9 Phoenix, Arizona, 85003;

10 (3) That the Clerk of Court is DIRECTED to serve by mail a copy of this Order on
11 Richard Stewart, Lead Counsel, Litigation Section, Maricopa County Attorney's Office,
12 Division of County Counsel, 222 N. Central Avenue, Suite 1100, Phoenix, Arizona, 85004;

13 (4) That the Maricopa County Sheriff or his designee SHALL NOTIFY the Clerk of
14 Court in writing when Plaintiff is either released from the Maricopa County Jail or
15 transferred to a correctional institution other than the Maricopa County Jail, so new billing
16 arrangements may be made to collect any balance still outstanding;

17 (5) That the Clerk of Court is DIRECTED to forward a copy of this Order to Financial
18 Administration for the Phoenix Division of the U.S. District Court for the District of Arizona.
19 Financial Administration shall set up an account to receive payments on the filing fee for this
20 action and shall notify the Court when the filing fee is paid in full.

21 DATED this 25th day of October, 2005.

_____
Neil V. Wake
United States District Judge